UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE DISTRICT ) Index No.: 22-CIV-978 (VB)
COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE )
FUND and ANNUITY FUNDS, )
)
       Plaintiffs, )
 -against- ) DEFAULT JUDGMENT
)
TURNER CONSTRUCTION COMPANY and )
UNITED STATES OF AMERICA (DEPARTMENT OF )
TREASURY, INTERNAL REVENUE SERVICE), and )
NEW YORK STATE DEPARTMENT OF LABOR )
(UNEMPLOYMENT INSURANCE DIVISION) and )
W. W. PATENAUDE SONS, INC. a/k/a )
W W PATENAUDE SONS INC., )
)
       Defendants. )

---

  This action having been commenced on February 3, 2022 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, W. W. Patenaude Sons, Inc. a/k/a W W Patenaude Sons Inc., on February 9, 2022 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on February 13, 2022 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

  ORDERED, that the Defendant W. W. Patenaude Sons, Inc. a/k/a W W Patenaude Sons Inc. has no priority or legal right to any of the monies restrained by Turner Construction Company and declaring that Plaintiffs' rights to the monies held by Defendant Turner Construction Company are superior to those of Defendant W. W. Patenaude Sons, Inc. a/k/a W W Patenaude Sons Inc.

  ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant W. W. Patenaude Sons, Inc. a/k/a W W Patenaude Sons

Inc. and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       May 31, 2022

So Ordered:

_____
Honorable Vincent L. Briccetti, U.S.D.J.